IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00595-RPM

FREDERICK BARKER,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Dept. of Corrections,
TRAVIS TRANNI, Warden, Colorado State Penitentiary,
CYNTHIA COFFMAN, Attorney General, State of Colorado,

    Respondents.

_____

## ORDER FOR INITIAL RESPONSE
_____

    Upon preliminary review of the Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed on March 23, 2015, and pursuant to Rule 4 of the Rules Governing Section 2254 Cases, it is

    ORDERED that on or before May 6, 2015, the Respondents shall file an initial response stating whether any claim is barred by a failure to exhaust state remedies, a procedural bar or a statute of limitations.

    DATED: April 6th, 2015

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I certify that a copy of the foregoing Order for Initial Response was mailed via U.S. Mail to the following:

Cynthia Coffman
Attorney General
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

DATED: April 6, 2015

JEFFREY P. COLWELL, Clerk

By_____
        Kathy Terasaki
        Deputy