IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00595-RPM

FREDERICK BARKER,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Dept. of Corrections,
TRAVIS TRANNI, Warden, Colorado State Penitentiary,
CYNTHIA COFFMAN, Attorney General, State of Colorado,

    Respondents.

_____

ORDER TO REPLY TO INITIAL RESPONSE
_____

To facilitate adjudication of the issues raised in the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed March 23, 2015, [Doc. 1] this Court entered an Order for Initial Response on April 6, 2015, [Doc. 5] requiring respondents to state what claims may be barred by a failure to exhaust state remedies, a procedural bar or the statute of limitations.  The respondents filed their Initial Response on May 6, 2015, [Doc. 6].  The respondents agree that the application is timely but have raised issues of procedural default on certain claims and a failure to state a claim on which relief can be granted as to the claim of failure to appoint counsel for his state post-conviction proceedings.  The applicant has presented legal argument in support of that claim and under the particular circumstances alleged in this case, the Court will consider it on the merits.  At this time, before proceeding to the merits, applicant's counsel will be required to reply to the Initial Response to the extent that there is disagreement concerning procedural default.  It is therefore

ORDERED that the applicant shall reply to the Initial Response on or before May 29, 2015.

DATED: May 7th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge